In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-05-427 CV


____________________



ELIAZER TRACT, L.L.C., RIVER OAKS VILLAS, L.L.C.,


AND BERNARD WALKER, Appellants



V.



NANCY JAKUBIK AND MICHAEL JAKUBIK, Appellees






On Appeal from the 410th District Court 


Montgomery County, Texas


Trial Cause No. 03-04-02771 CV






MEMORANDUM OPINION


 Eliazer Tract, L.L.C., River Oaks Villas, L.L.C., and Bernard Walker, appellants,
filed a motion to dismiss this appeal with prejudice. The appellants allege they have settled
their claims and no longer desire to pursue an appeal. The Court finds that this motion is
voluntarily made by the appellants prior to any decision of this Court and should be
granted. Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. The motion
to dismiss is granted and the appeal is therefore dismissed.

 APPEAL DISMISSED. 

 ___________________________

 HOLLIS HORTON

 Justice

Opinion Delivered December 22, 2005

Before McKeithen, C.J., Gaultney and Horton, JJ.